JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

WILLIAM SALGUERO,

Petitioner,

v.

WARDEN, DESERT VIEW FACILITY, ADELANTO ICE PROCESSING CENTER et al.,

Respondents.

Case No. 5:26-cv-06381-DFM

JUDGMENT

Pursuant to the Court's Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Count One and Two are **DENIED**.

2. Petitioner's requests for immediate release, declaratory relief, a hearing within seven (7) days, and attorney's fees and costs under the Equal Access to Justice Act are **DENIED**.

Date: November 24, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge